UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENVIRONMENTAL BIOTECH, INC., a
Florida corporation,

           Plaintiff,

vs.                          Case No.   2:03-cv-124-FtM-33SPC

SIBBITT ENTERPRISES, INC., a
Florida corporation, LARRY W.
SIBBITT, Resident of Florida, and
VICKI L. SIBBITT, Resident of
Florida,

           Defendants.
_____

**ORDER**

     This matter comes before the Court on United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #124), entered on October 11, 2006, recommending that the Motion for Attorney's Charging Lien Against the Defendant (Doc. #120) be denied as premature.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776,

779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation (Doc. #124) is hereby **ACCEPTED** and **ADOPTED.**

2. The Motion for Attorney's Lien Against the Defendant (Doc. #120) is **DENIED** as premature.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 2nd day of November, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

2

All Counsel and Parties of Record

All Counsel and Parties of Record